IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Holman,<br><br>  Plaintiff,<br><br>vs.<br><br>Optimum Outcomes, Inc., et al.,<br><br>  Defendants. | No. CV-14-02042-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 10), and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Dismissal with Prejudice (Doc. 10).

IT IS FURTHER ORDERED that the Clerk's Office shall dismiss the above-entitled action with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 24th day of October, 2014.

_____
Neil V. Wake
United States District Judge